UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT L. HARTMAN, III, derivatively On behalf of THE HARTFORD FINANCIAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIAM E. MCGEE, CHRISTOPHER J. SWIFT, ROBERT RUPP, ROBERT B. ALLARDICE III, TREVOR FETTER, PAUL G. KIRK, JR., KATHRYN MIKELLS, MICHAEL G. MORRIS, THOMAS A. RENYI, CHARLES B. STRAUSS and H. PATRICK SWYGERT, <br><br> Defendants. <br> and <br><br> THE HARTFORD FINANCIAL SERVICES GROUP, INC., <br><br> Nominal Defendant. | : <br> : <br> : <br> : CIVIL ACTION No.3:13-cv-00444 (WWE) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : May 10, 2013 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff hereby provides notice of dismissal of his Complaint in this action, without prejudice and without costs to any party. The defendants have not filed an answer or motion for summary judgment.

PLAINTIFF,

By /s/ Michael H. Rudy
Michael H. Rudy (ct27208)
87 Rising Ridge
Ridgefield, CT 06877
Telephone: (203) 431-2269
Facsimile: (203) 431-2269

## CERTIFICATION

I hereby certify that on May 10, 2013, a copy of the foregoing was filed electronically, Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Michael H. Rudy